| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| G6V | 004266 | 003050 | | 0000250062 | 1 |

## Earnings Statement

ADP

SMG
DAVID L. LAWRENCE CONVENTION CENTER
1000 FORT DUQUESNE BLVD
PITTSBURGH, PA 15222

Period Beginning: 06/03/2019
Period Ending: 06/16/2019
Pay Date: 06/21/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

THOMAS L BROWN
587 THOMPSON RUN RD
PITTSBURGH PA 15237

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 29.8000 | 79.75 | 2,376.55 | 23,780.40 |
| Shift | | | 51.84 | 528.85 |
| Overtime | | | | 402.31 |
| Holiday | | | | 476.80 |
| Personal | | | | 2,622.40 |
| Sick | | | | 238.40 |
| Vacation | | | | 953.60 |
| **Gross Pay** | | | **$2,428.39** | 29,002.76 |

Your federal taxable wages this period are $2,428.39

### Important Notes
SMG CORP HQ-300 CONSHOHOCKEN STATE RD., STE 450, WEST CONSHOHOCKEN, PA 19428

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -342.81 | 4,083.42 |
| Social Security Tax | | -150.56 | 1,798.17 |
| Medicare Tax | | -35.21 | 420.54 |
| PA State Income Tax | | -74.55 | 890.40 |
| Pittsburgh C Income Tax | | -24.28 | 290.03 |
| PA SUI/SDI Tax | | -1.46 | 17.40 |
| **Other** | | | |
| Local Svc Tax | | -2.00 | 24.00 |
| Union | | -48.57 | 580.05 |
| **Net Pay** | | **$1,748.95** | |
| Checking 1 | | -1,748.95 | |
| **Net Check** | | **$0.00** | |

© 2000 ADP, LLC

SMG
DAVID L. LAWRENCE CONVENTION CENTER
1000 FORT DUQUESNE BLVD
PITTSBURGH, PA 15222

Advice number: 00000250062
Pay date: 06/21/2019

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| THOMAS L BROWN | xxxxxx0378 | xxxx xxxx | $1,748.95 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| G6V | 004266 | 003050 | | 0000270060 | 1 |

# Earnings Statement



SMG
DAVID L. LAWRENCE CONVENTION CENTER
1000 FORT DUQUESNE BLVD
PITTSBURGH, PA 15222

Period Beginning:  06/17/2019
Period Ending:     06/30/2019
Pay Date:          07/05/2019

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:  0
  PA:       N/A

THOMAS L BROWN
587 THOMPSON RUN RD
PITTSBURGH PA 15237

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 29.8000 | 63.50 | 1,892.30 | 25,672.70 |
| Overtime | 44.7000 | .25 | 11.18 | 413.49 |
| Personal | 29.8000 | 16.00 | 476.80 | 3,099.20 |
| Shift | | | 41.59 | 570.44 |
| Holiday | | | | 476.80 |
| Sick | | | | 238.40 |
| Vacation | | | | 953.60 |
| **Gross Pay** | | | **$2,421.87** | 31,424.63 |

Your federal taxable wages this period are $2,421.87

**Important Notes**
SMG CORP HQ-300 CONSHOHOCKEN STATE RD., STE 450, WEST CONSHOHOCKEN, PA 19428

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -341.38 | 4,424.80 |
| Social Security Tax | | -150.16 | 1,948.33 |
| Medicare Tax | | -35.12 | 455.66 |
| PA State Income Tax | | -74.35 | 964.75 |
| Pittsburgh C Income Tax | | -24.22 | 314.25 |
| PA SUI/SDI Tax | | -1.45 | 18.85 |
| **Other** | | | |
| Local Svc Tax | | -2.00 | 26.00 |
| Union | | -48.44 | 628.49 |
| **Net Pay** | | **$1,744.75** | |
| Checking 1 | | -1,744.75 | |
| **Net Check** | | **$0.00** | |

© 2000 ADP, LLC

SMG
DAVID L. LAWRENCE CONVENTION CENTER
1000 FORT DUQUESNE BLVD
PITTSBURGH, PA 15222

Advice number:  00000270060
Pay date:       07/05/2019

THIS IS NOT A CHECK

Deposited to the account of
THOMAS L BROWN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0378 | xxxx xxxx | $1,744.75 |

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| G6V | 004266 | 003050 | | 0000290063 | 1 |

# Earnings Statement



SMG
DAVID L. LAWRENCE CONVENTION CENTER
1000 FORT DUQUESNE BLVD
PITTSBURGH, PA 15222

Period Beginning: 07/01/2019
Period Ending: 07/14/2019
Pay Date: 07/19/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

THOMAS L BROWN
587 THOMPSON RUN RD
PITTSBURGH PA 15237

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 29.8000 | 72.00 | 2,145.60 | 27,818.30 |
| Overtime | 44.7000 | 14.00 | 625.80 | 1,039.29 |
| Double Time | 59.6000 | 3.00 | 178.80 | 178.80 |
| Holiday | 29.8000 | 8.00 | 238.40 | 715.20 |
| Shift | | | 62.15 | 632.59 |
| Personal | | | | 3,099.20 |
| Sick | | | | 238.40 |
| Vacation | | | | 953.60 |
| **Gross Pay** | | | **$3,250.75** | 34,675.38 |

Your federal taxable wages this period are $3,250.75

**Important Notes**
SMG CORP HQ-300 CONSHOHOCKEN STATE RD., STE 450, WEST CONSHOHOCKEN, PA 19428

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -523.73 | 4,948.53 |
| Social Security Tax | | -201.54 | 2,149.87 |
| Medicare Tax | | -47.13 | 502.79 |
| PA State Income Tax | | -99.80 | 1,064.55 |
| Pittsburgh C Income Tax | | -32.51 | 346.76 |
| PA SUI/SDI Tax | | -1.96 | 20.81 |
| Other | | | |
| Local Svc Tax | | -2.00 | 28.00 |
| Union | | -65.02 | 693.51 |
| **Net Pay** | | **$2,277.06** | |
| Checking 1 | | -2,277.06 | |
| **Net Check** | | **$0.00** | |

© 2000 ADP, LLC

SMG
DAVID L. LAWRENCE CONVENTION CENTER
1000 FORT DUQUESNE BLVD
PITTSBURGH, PA 15222

Advice number: 00000290063
Pay date: 07/19/2019

Deposited to the account of
THOMAS L BROWN

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx0378 | xxxx xxxx | $2,277.06 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| G6V | 004266 | 003050 | | 0000310066 | 1 |

## Earnings Statement 

SMG
DAVID L. LAWRENCE CONVENTION CENTER
1000 FORT DUQUESNE BLVD
PITTSBURGH, PA 15222

Period Beginning:  07/15/2019
Period Ending:     07/28/2019
Pay Date:          08/02/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA:      N/A

**THOMAS L BROWN
587 THOMPSON RUN RD
PITTSBURGH PA 15237**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 29.8000 | 51.25 | 1,527.25 | 29,345.55 |
| Personal | 29.8000 | 4.00 | 119.20 | 3,218.40 |
| Shift | | | 33.31 | 665.90 |
| Vacation | 29.8000 | 24.00 | 715.20 | 1,668.80 |
| Overtime | | | | 1,039.29 |
| Double Time | | | | 178.80 |
| Holiday | | | | 715.20 |
| Sick | | | | 238.40 |
| **Gross Pay** | | | **$2,394.96** | 37,070.34 |

Your federal taxable wages this period are $2,394.96

**Important Notes**
SMG CORP HQ-300 CONSHOHOCKEN STATE RD., STE 450, WEST CONSHOHOCKEN, PA 19428

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -335.46 | 5,283.99 |
| | Social Security Tax | -148.49 | 2,298.36 |
| | Medicare Tax | -34.73 | 537.52 |
| | PA State Income Tax | -73.53 | 1,138.08 |
| | Pittsburgh C Income Tax | -23.95 | 370.71 |
| | PA SUI/SDI Tax | -1.43 | 22.24 |
| | **Other** | | |
| | Local Svc Tax | -2.00 | 30.00 |
| | Union | -47.90 | 741.41 |
| | **Net Pay** | **$1,727.47** | |
| | Checking 1 | -1,727.47 | |
| | **Net Check** | **$0.00** | |

© 2000 ADP, LLC

SMG
DAVID L. LAWRENCE CONVENTION CENTER
1000 FORT DUQUESNE BLVD
PITTSBURGH, PA 15222

Advice number:  00000310066
Pay date:       08/02/2019

*THIS IS NOT A CHECK*

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| THOMAS L BROWN | xxxxxx0378 | xxxx xxxx | $1,727.47 |

**NON-NEGOTIABLE**