**\*FILING FEE PAID\*** ✓ Yes ___ No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Brown_____ JAD/**TPA**/CMB/GLT

Case Number: __19-22928__

Date of Meeting: __9/9/19__    Recording # __21__

Debtor(s) present __✓__ or Not Present ___ (___ No Payments Made or ___ partial payments)

Attorney for debtor(s) __Pro Se_____ (Present ___ or Not Present ___)

Date of Plan at § 341: __8/5/19__ Applicable commitment period __✓__ 3 yrs ___ 5 yrs

Con't for amended I, J, B & D & amended plan

___ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
    ___ Order to Show Cause Requested
    ___ To be rescheduled by Clerk
___ Confirmation Order recommended ___ Final ___ Interim
__✓__ Amended Plan due: __10/9/19__; Objections due: __11/8/19__
___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
    ___ 341 Meeting OR __✓__ Conciliation Conf. OR ___ *Contested Hearing
    On __11/21/19__ at __3:00__ am/**pm** Location _____

Chapter 13 Trustee/Attorney for Trustee