## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Thomas Brown, | : | Bankruptcy Case No.: 19-22928-TPA |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Thomas Brown, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: |
| v. | : | |
| | : | |
| No Respondents, | : | |
| | : | |
| Respondent. | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE

**PLEASE TAKE NOTICE** that the undersigned, Brian C. Thompson, Esquire and Thompson Law Group, P.C., appears as counsel for **Thomas Brown** and pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, request that all notices given or required to be given, and all papers served or required to be served in this case, be given to and served on:

>   Brian C. Thompson, Esquire
>   THOMPSON LAW GROUP, P.C.
>   125 Warrendale Bayne Road, Suite 200
>   Warrendale, Pennsylvania 15086
>   (724) 799-8404 Telephone
>   (724) 799-8409 Facsimile
>   Email: bthompson@thompsonattorney.com

Pursuant to §1109(b), this request includes the notices and all other papers mentioned or described in Rule 2002 of the Federal Rules of Bankruptcy Procedure, without limitation, all plans of reorganization and disclosure statements and objections relating thereto, pleadings, motions, applications, complaints, demands, hearings, request for hearings, petitions, answers, replies, responses, memoranda and briefs in support of any of the foregoing and any other paper or document brought before or filed with this Court with respect to this case, whether formal or informal and whether filed, transmitted or conveyed by mail, delivery, telephone, facsimile or other means.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notice and Service, or any subsequent filings shall not be construed to be a waiver any rights of **Thomas Brown** against any person entity or property. Nor shall this Notice of Appearance and Request for Notice and Service be construed to be consent to jurisdiction or a waiver or release of a trial by jury in this or any related matter.

Respectfully Submitted,

Date: October 8, 2019

By: /s/Brian C. Thompson
Brian C. Thompson, Esquire
PA I.D. No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, Pennsylvania 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com