# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Thomas Brown, | : | Bankruptcy Case No.: 19-22928-TPA |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Thomas Brown, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 31 |
| v. | : | |
| | : | |
| David L. Lawrence Convention, Center, | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on November 27, 2019, via first class mail postage prepaid:

**David L. Lawrence Convention Center**
**ATTN: Payroll Department**
**1000 Fort Duquesne Boulevard**
**Pittsburgh, PA  15222**

Executed on:  November 27, 2019

/s/Brian C. Thompson
Signature of Chapter 13 Trustee or Attorney for Debtor

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor

125 Warrendale Bayne Road, Suite 200, Warrendale, PA 15086
Address of Chapter 13 Trustee or Attorney for Debtor

(724) 799-8404     Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor