## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Thomas Brown, | : | Bankruptcy Case No.: 19-22928-TPA |
| Debtor. | : | Chapter 13 |
| Thomas Brown | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: |
| v. | : | |
| | : | Related to Claim No.: 1 |
| Select Portfolio Servicing, Inc., | : | |
| Respondent. | : | |

## DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on December 4, 2019, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the existing payment is sufficient to fund the Plan even with the proposed change for December 25, 2019.

The new post-petition monthly payment payable to Respondent is $309.07, effective December 25, 2019, per the notice dated December 4, 2019.  The Debtor's Plan payment provides for a monthly payment to ABS Loan Trust V of $313.28.  Therefore, Debtor's Plan remains sufficient.

                                          Respectfully Submitted,

Date:  December 27, 2019          /s/Brian C. Thompson
                                          Brian C. Thompson, Esquire
                                          Attorney for Debtor
                                          PA I.D. # 91197
                                          Thompson Law Group, P.C.
                                          125 Warrendale Bayne Road, Suite 200
                                          (724) 799-8404 Telephone
                                          (724) 799-8409 Facsimile
                                          bthompson@thompsonattorney.com