## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Thomas Brown, | : | Bankruptcy Case No.: 19-22928-TPA |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Thomas Brown | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 41 |
| v. | : | |
| | : | Related to Claim No.: 1 |
| | : | |
| Select Portfolio Servicing, Inc., | : | |
| | : | |
| Respondent. | : | |

### CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, hereby certify that a copy of Declaration of Sufficient Plan Funding was served by First Class U.S. mail postage prepaid and/or electronic correspondence on December 27, 2019, on the parties listed below.

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT  84165-0250

Andrew M. Lubin, Esquire
Milestead & Associates, LLC
1 East Stow Road
Marlton, NJ  08053

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated:  December 27, 2019

/s/ Jill A. Gorzé
Jill A. Gorzé, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jgorze@thompsonattorney.com