**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
THOMAS BROWN                                              Case No. 19-22928TPA

         Debtor(s)
RONDA J. WINNECOUR,                                    Chapter 13
Standing Chapter 13 Trustee,

       Movant                                                Document No __
vs.
TOWNSHIP OF ROSS (RE)

      Respondents

## NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

TOWNSHIP OF ROSS (RE)                                  Court claim# 5/Trustee CID# 10
C/O JORDAN TAX SVC-DLNQ CLLCTR
102 RAHWAY RD
MCMURRAY, PA 15317

The Movant further certifies that on 09/22/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
cc:  debtor(s)                                                           SUITE 3250 US STEEL TWR
      original creditor                                          PITTSBURGH, PA  15219
      putative creditor
      counsel for debtor(s)                                  (412) 471-5566
      counsel for the creditor(s) (if known)         cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | ORIGINAL CREDITOR: |
|---|---|
| THOMAS BROWN, 587 THOMPSON RUN RD, PITTSBURGH, PA 15237-3972 | TOWNSHIP OF ROSS (RE), C/O JORDAN TAX SVC-DLNQ CLLCTR, 102 RAHWAY RD, MCMURRAY, PA 15317 |
| ORIGINAL CREDITOR'S COUNSEL: | DEBTOR'S COUNSEL: |
| JEFFREY R HUNT ESQ, GRB LAW, FRICK BUILDING 14TH FL, 437 GRANT ST, PITTSBURGH, PA  15219 | BRIAN C THOMPSON ESQ, THOMPSON LAW GROUP PC, 125 WARRENDALE-BAYNE ROAD, WARRENDALE, PA  15086 |

NEW CREDITOR: