# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Thomas Brown, | : | Bankruptcy Case No.: 19-22928-TPA |
| Debtor. | : | Chapter 13 |
| Thomas Brown | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: |
| v. | : | |
| | : | Related to Claim No.: 1 |
| ABS REO Trust V, | : | |
| Respondent. | : | |

## DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on July 1, 2022, after reasonable investigation and upon review of the existing Chapter 13 Plan, Debtor agrees with the proposed change for July 25, 2022. An Amended Chapter 13 Plan was filed on June 23, 2022 at Document No. 72, and a Conciliation Conference is scheduled for August 9, 2022, at which time the Debtor agrees to incorporate the proposed notice of mortgage payment change.

Respectfully Submitted,

Date: July 21, 2022

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com