# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: auto | Date Created: 12/22/2022 |
| Case: 19−22928−JAD | Form ID: trc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
15486906  ABS Loan Trust V  c/o Select Portfolio Servicing, Inc.  PO Box 65250  Salt Lake City, UT 84165−0250

TOTAL: 1