# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Thomas Brown, | Bankruptcy Case No.: 19-22928-TPA |
| Debtor. | Chapter 13 |
| Thomas Brown | |
| | Document No.: 94 |
| Movant, | |
| | Related to Document No.: |
| v. | |
| | Related to Claim No.: 1 |
| DJL Mortgage Capital, Inc., | |
| Respondent. | |

## DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on January 4, 2023, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the existing payment is sufficient to fund the Plan even with the proposed change for January 25, 2023. Debtor's Plan remains sufficient.

Respectfully Submitted,

Date: January 16, 2023

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com