# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Thomas Brown, | : | Bankruptcy Case No.: 19-22928-TPA |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Thomas Brown, | : | |
| | : | Document No.: 103 |
| Movant, | : | |
| | : | Related to Document No.: 102 |
| v. | : | |
| | : | Related to Claim No.: 1 |
| DJL Mortgage Capital, Inc., | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, hereby certify that a copy of Declaration of Sufficient Plan Funding was served by First Class U.S. mail postage prepaid and/or electronic correspondence on March 10, 2023, on the parties listed below.

DJL Mortgage Capital, Inc.
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Roger Fay, Esquire
*Attorney for Creditor*
Milstead & Associates, LLC
1 E. Stow Road
Marlton, NJ 08053

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated:  March 10, 2023

/s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com