FILED
3/31/23 10:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Thomas Brown<br>　　　　　　　Debtor(s)<br><br>DLJ Mortgage Capital, Inc.<br>　　　　　　　Movant<br>　　　vs.<br><br>Thomas Brown<br>　　　　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 19-22928 JAD<br><br>Doc. # 104<br><br>11 U.S.C. Section 362 |

**ORDER OF COURT**

And on this __31st__ day of __March_____, 2023, it is hereby ORDERED that the Transfer of Claim of DLJ Mortgage Capital, Inc., which was filed with the Court on or about 12/21/2022, is hereby WITHDRAWN.

　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　_____ J.
　　　　　　　　　　　　　　　　　　　Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-22928-JAD

Thomas Brown  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Mar 31, 2023      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Thomas Brown, 587 Thompson Run Rd, Pittsburgh, PA 15237-3972 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2023      Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor ABS REO Trust V andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Bernadette Irace | on behalf of Creditor ABS Loan Trust V birace@milsteadlaw.com bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Attorney Brian C. Thompson bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Thomas Brown bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Charles Griffin Wohlrab | |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Mar 31, 2023     Form ID: pdf900     Total Noticed: 1

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

Jeffrey R. Hunt
    on behalf of Creditor Ross Township jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor North Hills School District jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Lorraine Gazzara Doyle
    on behalf of Creditor ABS REO Trust V ldoyle@logs.com logsecf@logs.com

Matthew M. Pavlovich
    on behalf of Creditor ABS Loan Trust V mpavlovich@prpclaw.com sruschak@prpclaw.com

Matthew M. Pavlovich
    on behalf of Creditor ABS REO Trust V mpavlovich@prpclaw.com sruschak@prpclaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Roger Fay
    on behalf of Creditor ABS Loan Trust V rfay@milsteadlaw.com bkecf@milsteadlaw.com

Roger Fay
    on behalf of Creditor DLJ Mortgage Capital Inc. rfay@milsteadlaw.com, bkecf@milsteadlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@rascrane.com

TOTAL: 18