## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas Brown<br>　　　　　　　　Debtor(s)<br>DLJ Mortgage Capital, Inc.<br>　　　　　　　　Movant<br>　　　vs.<br>Thomas Brown<br>　　　　　　　　Debtor(s)<br>Ronda J. Winnecour<br>　　　　　　　　Trustee | CHAPTER 13<br><br>NO. 19-22928 JAD<br><br>11 U.S.C. Section 362 |

## MOTION TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

　　Kindly withdraw the Notice of Mortgage Payment Change of DLJ Mortgage Capital, Inc., which was filed with the Court on or about April 05, 2023.

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　*/s/ Brian Nicholas*
　　　　　　　　　　　　　 Brian Nicholas, Esquire
　　　　　　　　　　　　　Attorney I.D. No. 317240
　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　bnicholas@kmllawgroup.com

Dated: 04/17/2023