# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas Brown  Debtor(s)  DLJ Mortgage Capital, Inc.  Movant  vs.  Thomas Brown  Debtor(s)  Ronda J. Winnecour  Trustee | CHAPTER 13  NO. 19-22928 JAD  11 U.S.C. Section 362 |

## ORDER OF COURT

And on this _____ day of _____, 2023, it is hereby ORDERED that the Notice of Mortgage Payment Change of DLJ Mortgage Capital, Inc., which was filed with the Court on or about April 05, 2023, is hereby WITHDRAWN.

By the Court,

_____ J.