**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Thomas Brown<br>　　　　　　　　　　Debtor(s) | BK NO. 19-22928 JAD<br><br>Chapter 13<br><br>Related to Claim No. 7-1 |
| DLJ Mortgage Capital, Inc.<br>　　　　　　　　　　Movant<br>　　vs.<br><br>Thomas Brown<br>　　　　　　　　　　Debtor(s)<br><br>Ronda J. Winnecour,<br>　　　　　　　　　　Trustee | |

**CERTIFICATE OF SERVICE**
**MOTION TO WITHDRAW**

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 18, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Thomas Brown
587 Thompson Run Road
Pittsburgh, PA 15237-3972

<u>Attorney for Debtor(s)</u>
Brian C. Thompson, Esq.
125 Warrendale-Bayne Road
Suite 200
Warrendale, PA 15086

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: <u>April 18, 2023</u>

　　　　　　　　　　　　　　　　　　　　<u>**/s/Brian C. Nicholas**</u>
　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com