2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 19-22928-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Thomas Brown
587 Thompson Run Rd
Pittsburgh PA 15237-3972

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/18/2023.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 7: New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 | DLJ Mortgage Capital, Inc.<br>C/O SELECT PORTFOLIO SERVICING INC.<br>PO Box 65250<br>Salt Lake City, UT. 84165-0250 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  04/21/23

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22928-JAD |
| Thomas Brown | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 19, 2023 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15195522 | Email/Text: mtgbk@shellpointmtg.com | Apr 19 2023 23:37:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Apr 21, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor ABS REO Trust V andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Bernadette Irace | on behalf of Creditor ABS Loan Trust V birace@milsteadlaw.com bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Attorney Brian C. Thompson bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Thomas Brown bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Apr 19, 2023 | Form ID: trc | Total Noticed: 1

Charles Griffin Wohlrab
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

Jeffrey R. Hunt
    on behalf of Creditor Ross Township jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor North Hills School District jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lorraine Gazzara Doyle
    on behalf of Creditor ABS REO Trust V ldoyle@logs.com  logsecf@logs.com

Matthew M. Pavlovich
    on behalf of Creditor ABS Loan Trust V mpavlovich@prpclaw.com  sruschak@prpclaw.com

Matthew M. Pavlovich
    on behalf of Creditor ABS REO Trust V mpavlovich@prpclaw.com  sruschak@prpclaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Roger Fay
    on behalf of Creditor ABS Loan Trust V rfay@milsteadlaw.com  bkecf@milsteadlaw.com

Roger Fay
    on behalf of Creditor DLJ Mortgage Capital  Inc. rfay@milsteadlaw.com, bkecf@milsteadlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@rascrane.com

TOTAL: 18