# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Thomas Brown, | : | Bankruptcy Case No.: 19-22928-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Thomas Brown | : | |
| | : | Document No.: 119 |
| Movant, | : | |
| | : | Related to Document No.: |
| v. | : | |
| | : | Related to Claim No.: 7 |
| | : | |
| DJL Mortgage Capital, Inc., | : | |
| | : | |
| Respondent. | : | |

## DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on May 5, 2023, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the existing payment is sufficient to fund the Plan even with the proposed change for June 1, 2023.

                                            Respectfully Submitted,

Date: May 16, 2023                    /s/Brian C. Thompson
                                            Brian C. Thompson, Esquire
                                            Attorney for Debtor
                                            PA I.D. # 91197
                                            Thompson Law Group, P.C.
                                            125 Warrendale Bayne Road, Suite 200
                                            (724) 799-8404 Telephone
                                            (724) 799-8409 Facsimile
                                            bthompson@thompsonattorney.com