**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Thomas Brown, | : | Bankruptcy Case No.: 19-22928-JAD |
| Debtor. | : | Chapter 13 |
| Thomas Brown, | : | |
| | : | Document No.: 126 |
| Movant, | : | |
| | : | Related to Document No.: 125 |
| v. | : | |
| | : | Related to Claim No.: 1 |
| ABS Loan Trust V, | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, hereby certify that a copy of Declaration of Sufficient Plan Funding was served by First Class U.S. mail postage prepaid and/or electronic correspondence on September 11, 2023, on the parties listed below.

DJL Mortgage Capital, Inc.
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Roger Fay, Esquire
*Attorney for Creditor*
Milstead & Associates, LLC
1 E. Stow Road
Marlton, NJ 08053

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated:  September 11, 2023          /s/ Maya Rowe
                                     Maya Rowe, Paralegal
                                     Thompson Law Group, P.C.
                                     125 Warrendale Bayne Road, Suite 200
                                     Warrendale, PA 15086
                                     (724) 799-8404 Telephone
                                     (724) 799-8409 Facsimile
                                     mrowe@thompsonattorney.com