# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Thomas Brown, | : | Bankruptcy No. 19-22928-JCM |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Thomas Brown, | : | |
| | : | Document No.: 142 |
| Movant, | : | |
| | : | Related Document No.: 129, 130 |
| v. | : | |
| | : | |
| No Respondent, | : | **Hearing Date and Time:** |
| | : | April 16, 2024, at 2:00 p.m. |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## DEBTOR'S APPLICATION TO EMPLOY SPECIAL COUNSEL NUNC PRO TUNC

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the application filed on March 13, 2024, at Document No. 129, have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 130, Objections were to be filed and served no later than March 30, 2024.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 129 be entered by the Court.

Date: April 1, 2024                                  /s/ Brian C. Thompson
                                                     Brian C. Thompson, Esquire
                                                     Attorney for Debtor
                                                     PA ID No. 91197
                                                     THOMPSON LAW GROUP, P.C.
                                                     301 Smith Drive, Suite 6
                                                     Cranberry Township, PA 16066
                                                     (724) 799-8404 Telephone
                                                     (724) 799-8409 Facsimile
                                                     bthompson@thompsonattorney.com