**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Thomas Brown, | : | Bankruptcy Case No.: 19-22928-JCM |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Thomas Brown, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 137 |
| v. | : | |
| | : | |
| David L. Lawrence Convention, Center, | : | |
| | : | |
| Respondent. | : | |

## AMENDED CERTIFICATE OF SERVICE

I, Matthew Gillespie, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on March 29, 2024, via first class mail postage prepaid:

**David L. Lawrence Convention Center
ATTN: Payroll Department
1000 Fort Duquesne Boulevard
Pittsburgh, PA 15222**

Executed on:  April 1, 2024

/s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor

301 Smith Drive, Suite 6, Cranberry Township, PA 16066
Address of Chapter 13 Trustee or Attorney for Debtor

(724) 799-8404    Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor