FORM JCM 002

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Thomas Brown, | : | Bankruptcy No. 19-22928-JCM |
| Debtor. | : | |
| _____ | : | Chapter 13 |
| Thomas Brown, | : | |
| Movant, | : | Related to:  Document No. 129 |
| v. | : | |
| No Respondent, | : | |
| Respondent. | : | |

## ORDER EMPLOYING PROFESSIONAL FOR MARIA A. IMBARLINA, ESQUIRE AND THE LAW OFFICE OF HALLER & IMBARLINA, LLC

*AND NOW,* this __1st__ day of ____April____, *2024*, upon consideration of the *Application to Employ Special Counsel*, it is **ORDERED, ADJUDGED and DECREED** as follows:

(1)    **Maria A. Imbarlina, Esquire and the law office of Haller & Imbarlina, LLC,** located at 20120 Route 19, Suite 208, Cranberry Township, PA 16066**,** is hereby appointed, as of the date of filing of the Motion, as Special Counsel for Debtor in this bankruptcy proceeding pursuant to the terms of *a $1,5000.00 up front retainer paid with a standard billing rate of $300.00 per hour to be billed first from the retainer fee only with prior Court approval*.

(2)    Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required by the Professional to perform, the novelty and difficulty of the issues presented, the skill requisite to perform the service properly, the preclusion of other employment due to acceptance of this case, the customary fee for similar services, the time limitations imposed by the client or the circumstances encountered while performing the services, the experience, reputation and ability of the Professional(s) involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

(3)    Approval of any motion for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates, and is not a preapproval of compensation pursuant to *11 U.S.C. §328(a)*.  Final compensation awarded only after notice and hearing, may be more or less than the requested hourly rates based on application of the above-mentioned factors in granting approval by Court Order.  *Any retainer paid to the Professional is unaffected by this Order and remains property of the Estate until further order of Court.*

(4)    Notwithstanding anything to the contrary in the letter of engagement or agreement between Movant and the Professional, this *Order* does not authorize the Professional to retain or pay any outside counsel or other professional to assist the Professional in this matter unless such is done at no expense to Movant, directly or indirectly.  Any other retention of, and payment to, an outside counsel or other professional is subject to prior approval of the Court.

(5)   *Movant shall serve the within Order on all interested parties and file a certificate of service.*

John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
4/1/24 2:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22928-JCM |
| Thomas Brown | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 01, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Thomas Brown, 587 Thompson Run Rd, Pittsburgh, PA 15237-3972 |
| sp | + | Maria A. Imbarlina, Haller & Imbarlina, LLC, 20120 Route 19, Suite 208, Cranberry Township, PA 16066-6210 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2024 at the address(es) listed below:

**Name**          **Email Address**

Andrew L. Spivack
    on behalf of Creditor ABS REO Trust V andrew.spivack@brockandscott.com wbecf@brockandscott.com

Bernadette Irace
    on behalf of Creditor ABS Loan Trust V birace@milsteadlaw.com bkecf@milsteadlaw.com

Brian C. Thompson
    on behalf of Attorney Brian C. Thompson bthompson@ThompsonAttorney.com
    blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
    on behalf of Debtor Thomas Brown bthompson@ThompsonAttorney.com
    blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Charles Griffin Wohlrab

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com

Denise Carlon
on behalf of Creditor DLJ Mortgage Capital Inc. dcarlon@kmllawgroup.com

Denise Carlon
on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor North Hills School District jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor Ross Township jhunt@grblaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lorraine Gazzara Doyle
on behalf of Creditor ABS REO Trust V ldoyle@squirelaw.com logsecf@logs.com

Matthew M. Pavlovich
on behalf of Creditor ABS Loan Trust V mpavlovich@prpclaw.com sruschak@prpclaw.com

Matthew M. Pavlovich
on behalf of Creditor ABS REO Trust V mpavlovich@prpclaw.com sruschak@prpclaw.com

Michelle L. McGowan
on behalf of Creditor ABS Loan Trust V mimcgowan@raslg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Roger Fay
on behalf of Creditor ABS Loan Trust V rfay@alaw.net bkecf@milsteadlaw.com

Roger Fay
on behalf of Creditor DLJ Mortgage Capital Inc. rfay@alaw.net, bkecf@milsteadlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Sindi Mncina
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com

TOTAL: 19