**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 19-22928-JCM |
| | ) | |
| Thomas Brown, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | July 2, 2024 at 2:30 p.m. |
| | ) | |
| No Respondent. | ) | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES
IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.**

To All Creditors and Parties in Interest:

1. Applicant represents Thomas Brown.

2. This is an interim application for the period October 8, 2019 through June 5, 2024

3. Previous retainer paid to Applicant: $500.00.

4. Previous interim compensation allowed to Applicant: $3,500.00

5. Applicant requests additional:
   Compensation of $3,767.50
   Reimbursement of Expenses of $76.82

6. A hearing will be held on <u>July 2, 2024, at 2:30 p.m.</u> before Judge John C. Melaragno in the Courtroom C, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh PA 15219.. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

7. Any written objections must be filed with the court and served on Applicant on or before <u>June 22, 2024</u>, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: <u>June 5, 2024</u>         /s/Brian C. Thompson
                                  Brian C. Thompson, Esquire
                                  PA ID No. 91197
                                  THOMPSON LAW GROUP, P.C.
                                  301 Smith Drive, Suite 6
                                  Cranberry Township, PA 16066
                                  (724) 799-8404
                                  bthompson@thompsonattorney.com