IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Thomas Brown, | : | Bankruptcy No. 19-22928-JCM |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Maria A. Imbarlina, | : | |
| | : | |
| Movant, | : | |
| | : | Related to Document No.: 147 |
| v. | : | |
| | : | |
| No Respondent, | : | |
| | : | |
| Respondent. | : | |

**ORDER OF COURT**

AND NOW, this __5th__ day of _____June_____, 2024, upon consideration of Movant's Application for Compensation and Expenses for Maria A. Imbarlina, Esquire as Special Counsel, it is hereby ORDERED:

The fees of Maria A. Imbarlina, Esquire, in the amount of $645.00 are approved.

In an effort to maximize judicial economy, the next interim application for Special Counsel should not be filed for 4 months, unless it is a final application and the services of the Special Counsel have been completed.

BY THE COURT:

_____
John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
6/5/24 1:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22928-JCM |
| Thomas Brown | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 05, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Thomas Brown, 587 Thompson Run Rd, Pittsburgh, PA 15237-3972 |
| sp | + | Maria A. Imbarlina, Haller & Imbarlina, LLC, 20120 Route 19, Suite 208, Cranberry Township, PA 16066-6210 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2024        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor ABS REO Trust V andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Bernadette Irace | on behalf of Creditor ABS Loan Trust V birace@milsteadlaw.com bkecf@milsteadlaw.com |
| Brian C. Thompson | on behalf of Attorney Brian C. Thompson bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Spec. Counsel Maria A. Imbarlina bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | |

Case 19-22928-JCM    Doc 157    Filed 06/07/24    Entered 06/08/24 00:31:43    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 05, 2024 | Form ID: pdf900 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Debtor Thomas Brown bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor DLJ Mortgage Capital  Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor North Hills School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Ross Township jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lorraine Gazzara Doyle | on behalf of Creditor ABS REO Trust V ldoyle@squirelaw.com  logsecf@logs.com |
| Matthew M. Pavlovich | on behalf of Creditor ABS Loan Trust V mpavlovich@prpclaw.com  sruschak@prpclaw.com |
| Matthew M. Pavlovich | on behalf of Creditor ABS REO Trust V mpavlovich@prpclaw.com  sruschak@prpclaw.com |
| Michelle L. McGowan | on behalf of Creditor ABS Loan Trust V mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | on behalf of Creditor ABS Loan Trust V rfay@alaw.net  bkecf@milsteadlaw.com |
| Roger Fay | on behalf of Creditor DLJ Mortgage Capital  Inc. rfay@alaw.net, bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com |

TOTAL: 20