## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 19-22928-JCM |
| | ) | |
| Thomas Brown, | ) | Chapter 13 |
| | ) | |
|     Debtor. | ) | Document No. 158 |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. 151, 152, 156 |
| | ) | |
|     Applicant, | ) | **Hearing date and time:** |
| vs. | ) | July 2, 2024, at 2:30 p.m. |
| | ) | |
|     No Respondent. | ) | |

### CERTIFICATION OF NO OBJECTION REGARDING
### APPLICATION FOR COMPENSTATION AND REIMBURSEMENT OF EXPENSES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on June 5, 2024, at Document No. 151 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 152, Objections were to be filed and served no later than June 22, 2024.

It is hereby respectfully requested that the Proposed Order filed at Document No. 156 be entered by the Court.

Date: June 24, 2024                                  /s/ Brian C. Thompson
                                                                           Brian C. Thompson, Esquire
                                                                           Attorney for Debtor
                                                                           PA ID No. 91197
                                                                           THOMPSON LAW GROUP, P.C.
                                                                           301 Smith Drive, Suite 6
                                                                           Cranberry Township, PA 16066
                                                                           (724) 799-8404 Telephone
                                                                           (724) 799-8409 Facsimile
                                                                           bthompson@thompsonattorney.com