IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 19-22928-JCM |
| | ) | |
| Thomas Brown, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Related to: Document No. 151 |
| | ) | |
| Thompson Law Group, P.C., | ) | |
| | ) | |
| Applicant, | ) | |
| vs. | ) | |
| | ) | |
| No Respondent. | ) | |

### ORDER

AND NOW, this 25th day of June, 2024, it is hereby **ORDERED, ADJUDGED, and DECREED** that:

1. The *Application for Compensation* is **GRANTED** in the amount of $7,767.50 in fees and $76.82 in costs for services performed by Counsel for the Debtor for the period between October 8, 2019 and June 5, 2024.

2. The total amount of compensation, including the no-look fee, the amount set forth in Paragraph 1, above, and all other approved applications in this case amounts to $7,767.50 in fees and $76.82 in costs.

3. A total of $3,844.32 in compensation remains due.

4. The total compensation due set forth in Paragraph 3 ("Fees") may only be paid through the Chapter 13 Plan ("Plan") if Payment of the fees does not decrease the percentage or amount to be paid to other creditors through the Plan.

5. If the Trustee has funds on hand after the goals of the Plan are achieved or if the Fees are included in the confirmed Plan, the Trustee is authorized to make payment to the Movant of the Fees, otherwise, Debtor(s) must amend(s) the Plan within 14 days from the date of this Order.

SIGNED
6/25/24 11:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
John C. Melaragno, Judge   glb
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22928-JCM |
| Thomas Brown | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 25, 2024 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Thomas Brown, 587 Thompson Run Rd, Pittsburgh, PA 15237-3972 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor ABS REO Trust V andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Bernadette Irace | on behalf of Creditor ABS Loan Trust V birace@milsteadlaw.com bkecf@milsteadlaw.com |
| Brian C. Thompson | on behalf of Attorney Brian C. Thompson bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Spec. Counsel Maria A. Imbarlina bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Thomas Brown bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 25, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Denise Carlon
    on behalf of Creditor DLJ Mortgage Capital  Inc. dcarlon@kmllawgroup.com

Denise Carlon
    on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor North Hills School District jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Ross Township jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lorraine Gazzara Doyle
    on behalf of Creditor ABS REO Trust V ldoyle@squirelaw.com  logsecf@logs.com

Matthew M. Pavlovich
    on behalf of Creditor ABS Loan Trust V mpavlovich@prpclaw.com  sruschak@prpclaw.com

Matthew M. Pavlovich
    on behalf of Creditor ABS REO Trust V mpavlovich@prpclaw.com  sruschak@prpclaw.com

Michelle L. McGowan
    on behalf of Creditor ABS Loan Trust V mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Roger Fay
    on behalf of Creditor ABS Loan Trust V rfay@alaw.net  bkecf@milsteadlaw.com

Roger Fay
    on behalf of Creditor DLJ Mortgage Capital  Inc. rfay@alaw.net, bkecf@milsteadlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com

TOTAL: 20