# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  THOMAS BROWN<br><br>      Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>    vs.<br>THOMAS BROWN<br><br>      Respondents | Case No. 19-22928JCM<br><br>Chapter 13<br><br>Document No. 161 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __25th__ day of __July__, 20__24__, it is hereby ORDERED, ADJUDGED, and DECREED that,

David L. Lawernce Convention Center
Attn: Payroll Manager
1000 Fort Duquesne Blvd
Pittsburgh, PA 15222

is hereby ordered to immediately terminate the attachment of the wages of THOMAS BROWN, social security number XXX-XX-0947. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of THOMAS BROWN.

BY THE COURT:

cc: Debtor(s)
    Debtor(s) Attorney

_____
John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
7/25/24 10:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Thomas Brown  
    Debtor

Case No. 19-22928-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Jul 25, 2024      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Thomas Brown, 587 Thompson Run Rd, Pittsburgh, PA 15237-3972 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor ABS REO Trust V andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Bernadette Irace | on behalf of Creditor ABS Loan Trust V birace@milsteadlaw.com bkecf@milsteadlaw.com |
| Brian C. Thompson | on behalf of Attorney Brian C. Thompson bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Spec. Counsel Maria A. Imbarlina bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Thomas Brown bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 25, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Denise Carlon
    on behalf of Creditor DLJ Mortgage Capital  Inc. dcarlon@kmllawgroup.com

Denise Carlon
    on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor North Hills School District jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Ross Township jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lorraine Gazzara Doyle
    on behalf of Creditor ABS REO Trust V ldoyle@squirelaw.com  logsecf@logs.com

Matthew M. Pavlovich
    on behalf of Creditor ABS Loan Trust V mpavlovich@prpclaw.com  sruschak@prpclaw.com

Matthew M. Pavlovich
    on behalf of Creditor ABS REO Trust V mpavlovich@prpclaw.com  sruschak@prpclaw.com

Michelle L. McGowan
    on behalf of Creditor ABS Loan Trust V mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Roger Fay
    on behalf of Creditor ABS Loan Trust V rfay@alaw.net  bkecf@milsteadlaw.com

Roger Fay
    on behalf of Creditor DLJ Mortgage Capital  Inc. rfay@alaw.net, bkecf@milsteadlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com

TOTAL: 20