Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Thomas Brown** | : | Case No. 19−22928−JCM |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 164 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 10/29/24 at 02:30 PM |
| | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this *The 27th of August, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 164 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  **On or before October 11, 2024**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on **October 29, 2024 at 02:30 PM** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

    (4)  If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Thomas Brown  
    Debtor

Case No. 19-22928-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Aug 27, 2024      Form ID: 300a      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Thomas Brown, 587 Thompson Run Rd, Pittsburgh, PA 15237-3972 |
| aty | + | Brian C. Thompson, Thompson Law Group, P.C., 125 Warrendale Bayne Road, Suite 200, Warrendale, PA 15086-6504 |
| sp | + | Maria A. Imbarlina, Haller & Imbarlina, LLC, 20120 Route 19, Suite 208, Cranberry Township, PA 16066-6210 |
| 15129660 | | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Aug 27 2024 23:43:00 | ABS Loan Trust V, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 27 2024 23:43:00 | North Hills School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 27 2024 23:43:00 | Ross Township, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 27 2024 23:45:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15486906 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 27 2024 23:45:00 | ABS Loan Trust V, c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15101825 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 27 2024 23:45:00 | ABS REO Trust V, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15117244 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2024 00:02:15 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15592437 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 27 2024 23:45:00 | DLJ Mortgage Capital, Inc., C/O SELECT PORTFOLIO SERVICING INC., PO Box 65250, Salt Lake City, UT. 84165-0250 |
| 15556406 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 27 2024 23:45:00 | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15092819 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 27 2024 23:43:00 | Ditech Financial LLC, 1100 Virginia Dr #100a, FT Washington, PA 19034-3277 |
| 15130316 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 27 2024 23:45:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15195522 | | Email/Text: mtgbk@shellpointmtg.com | Aug 27 2024 23:43:00 | New Residential Mortgage LLC, P.O. Box 10826, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: 300a | Total Noticed: 19 |

| | | | | |
|---|---|---|---|---|
| | | | | Greenville, SC 29603-0826 |
| 15123004 | + Email/Text: ebnjts@grblaw.com | | Aug 27 2024 23:43:00 | North Hills School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15123007 | + Email/Text: ebnjts@grblaw.com | | Aug 27 2024 23:43:00 | Ross Township, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15126256 | Email/PDF: ebn_ais@aisinfo.com | | Aug 27 2024 23:41:12 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ABS Loan Trust V |
| cr | | ABS REO Trust V |
| cr | | Athene Annuity and Life Company |
| cr | | DITECH FINANCIAL LLC |
| cr | | DLJ Mortgage Capital, Inc. |
| cr | | New Residential Mortgage LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 7 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 29, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor ABS REO Trust V andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Bernadette Irace | on behalf of Creditor ABS Loan Trust V birace@moodklaw.com bkecf@milsteadlaw.com |
| Brian C. Thompson | on behalf of Debtor Thomas Brown bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Attorney Brian C. Thompson bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: 300a | Total Noticed: 19 |

Brian C. Thompson
    on behalf of Spec. Counsel Maria A. Imbarlina bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Charles Griffin Wohlrab
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com

Denise Carlon
    on behalf of Creditor DLJ Mortgage Capital  Inc. dcarlon@kmllawgroup.com

Denise Carlon
    on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor North Hills School District jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Ross Township jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lorraine Gazzara Doyle
    on behalf of Creditor ABS REO Trust V ldoyle@squirelaw.com  logsecf@logs.com

Matthew M. Pavlovich
    on behalf of Creditor ABS REO Trust V mpavlovich@prpclaw.com  sruschak@prpclaw.com

Matthew M. Pavlovich
    on behalf of Creditor ABS Loan Trust V mpavlovich@prpclaw.com  sruschak@prpclaw.com

Michelle L. McGowan
    on behalf of Creditor ABS Loan Trust V mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Roger Fay
    on behalf of Creditor DLJ Mortgage Capital  Inc. rfay@alaw.net, bkecf@milsteadlaw.com

Roger Fay
    on behalf of Creditor ABS Loan Trust V rfay@alaw.net  bkecf@milsteadlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com

TOTAL: 20