## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Thomas Brown, | : | Bankruptcy No. 19-22928-JCM |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Thomas Brown, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related Document No.: 173 |
| v. | : | |
| | : | |
| No Respondents. | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is **not** required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On September 25, 2024, at docket number 173, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Debtor: *Thomas Brown.* Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: September 25, 2024

/s/ ID yfwaEZmDmJ8XyudH4ZbTHRK2
Thomas Brown, Debtor

Respectfully submitted,

Dated: September 25, 2024

/s/Brian C. Thompson
Brian C. Thompson, Esquire
PA ID: 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
bthompson@thompsonattorney.com

## eSignature Details

**Signer ID:**  **yfwaEZmDmJ8XyudH4ZbTHRK2**
Signed by:       Thomas Brown
Sent to email:   tbro013@gmail.com
IP Address:      172.59.138.83
Signed at:       Sep 25 2024, 9:58 am EDT