**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>THOMAS BROWN<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:19-22928<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/24/2019 and confirmed on 12/05/2019. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 83,216.80 |
| Less Refunds to Debtor | 5,227.46 | |
| TOTAL AMOUNT OF PLAN FUND | | 77,989.34 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 7,344.32 | |
|     Trustee Fee | 4,005.28 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,349.60 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
|   ABS LOAN TRUST V | 0.00 | 19,714.48 | 0.00 | 19,714.48 |
|     Acct: 8829 | | | | |
|   DLJ MORTGAGE CAPITAL | 0.00 | 23,789.28 | 0.00 | 23,789.28 |
|     Acct: 2967 | | | | |
|   ABS LOAN TRUST V | 5,848.59 | 5,848.59 | 0.00 | 5,848.59 |
|     Acct: 8829 | | | | |
|   DLJ MORTGAGE CAPITAL | 11,947.84 | 11,947.84 | 0.00 | 11,947.84 |
|     Acct: 2967 | | | | |
|   NORTH HILLS SD (ROSS) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: C276 | | | | |
|   NORTH HILLS SD (ROSS) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: C276 | | | | |
|   ROSS TOWNSHIP (SWG) | 479.48 | 479.48 | 119.80 | 599.28 |
|     Acct: C276 | | | | |
|   ROSS TOWNSHIP (SWG) | 59.75 | 59.75 | 0.00 | 59.75 |
|     Acct: C276 | | | | |
|   ROSS TOWNSHIP (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: C276 | | | | |

| 19-22928 | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Secured | | | | | |
| | ROSS TOWNSHIP (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: C276 | | | | |
| | | | | | 61,959.22 |
| Priority | | | | | |
| | BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THOMAS BROWN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THOMAS BROWN | 3,823.46 | 3,823.46 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THOMAS BROWN | 1,404.00 | 1,404.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THOMPSON LAW GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C THOMPSON ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C THOMPSON ESQ | 3,844.32 | 3,844.32 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXX5/24 | | | | |
| | ***NONE*** | | | | |
| Unsecured | | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC. | 148.14 | 148.14 | 0.00 | 148.14 |
| | Acct: 3142 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 480.25 | 480.25 | 0.00 | 480.25 |
| | Acct: 0001 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 4,052.13 | 4,052.13 | 0.00 | 4,052.13 |
| | Acct: 5342 | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MILSTEAD & ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 4,680.52 |
| **TOTAL PAID TO CREDITORS** | | | | | 66,639.74 |

TOTAL CLAIMED
PRIORITY              0.00
SECURED          18,335.66
UNSECURED         4,680.52

Date: 10/04/2024                                                                /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com