**Fill in this information to identify the case:**

Debtor 1 __Thomas Brown__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Western District of Pennsylvania__
                                                                                         (State)

Case number __19-22928-TPA__

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** ABS REO Trust V              **Court claim no.** (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account:  XXXXXX8829

**Date of payment change:**
Must be at least 21 days after date of this notice    10/25/2019

**New total payment:**  $ 313.28
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $_____    **New escrow payment:** $_____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** 5.990 %    **New interest rate:** 5.740 %

   **Current principal and interest payment:** $317.57    **New principal and interest payment:** $313.28

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $_____    **New mortgage payment:** $_____

Debtor 1    <u>Thomas Brown</u>
          First Name    Middle Name    Last Name          Case number (*if known*) <u>19-22928-TPA</u>

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐   I am the creditor.

☒   I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

<u>/s/ Andrew M. Lubin</u>          Date <u>October 1, 2019</u>
Signature

Print:   <u>Andrew M. Lubin, Esq.</u>          Title <u>Attorney for Creditor</u>
       First Name    Middle Name    Last Name

Company   <u>Milstead & Associates, LLC</u>

Address   <u>1 E. Stow Road</u>
       Number      Street

<u>Marlton, NJ 08053</u>
City      State    ZIP Code

Contact phone   <u>(856) 482-1400</u>          Email: <u>alubin@milsteadlaw.com</u>