**Fill in this information to identify the case:**

Debtor 1 _____Thomas Brown_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:  _Western District of Pennsylvania_

_____(State)

Case number  __19-22928-TPA____

# Official Form 410S1

# Notice of Mortgage Payment Change                    **12/15**

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor:  ____ABS Loan Trust V_____

Court claim no. (if known):  _1-1_____

**Last 4 digits** of any number you use to
identify the debtor's account:  ____XXXXXX8829___

**Date of payment change:**
Must be at least 21 days after date      _04/25/2020_
of this notice

**New total payment:**                                          $ _285.07_____
Principal, interest, and escrow, if any

## Part 1:   Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☒ No
☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe
the basis for the change. If a statement is not attached, explain why: _____

_____

Current escrow payment:  $_____          New escrow payment:  $_____

## Part 2:   Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's
variable-rate account?**

☐ No
☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not
attached, explain why: _____

Current interest rate  _5.490_____ %          New interest rate:  _3.990_____ %

Current principal and interest payment: _$309.07_____          New principal and interest payment: _$285.07__

## Part 3:   Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment:  $ _____          New mortgage payment:  $ _____

| Debtor 1 | Thomas Brown | | | Case number (*if known*) 19-22928-TPA |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐   I am the creditor.

☒   I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

_/s/ Andrew M. Lubin_
Signature

Date _April 1, 2020_

Print:   Andrew M. Lubin, Esq.
         First Name        Middle Name   Last Name

Title   _Attorney for Creditor_

Company   Milstead & Associates, LLC

Address   1 E. Stow Road
          Number            Street
          Marlton, NJ 08053
          City              State      ZIP Code

Contact phone   (856) 482-1400

Email: alubin@milsteadlaw.com



March 26, 2020

 THOMAS L BROWN
587 THOMPSON RUN RD
PITTSBURGH, PA 15237

**Account Number:**
**Property Address:** 587 THOMPSON RUN RD
PITTSBURG, PA 15237

Dear Customer(s):

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

SPS is committed to providing you with the information you need to manage the account's home mortgage payments.

**CHANGES TO THE MORTGAGE INTEREST RATE AND PAYMENTS ON 04/25/2020.**

Under the terms of the account's Adjustable-Rate Mortgage, you had a 1 month period during which the interest rate and principal and interest payment remained the same. The interest rate initially changed on 01/25/2019 and may change every 1 month(s) for the life of the mortgage. The rate is scheduled to change again on 04/25/2020 with a corresponding payment change on 05/25/2020.

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 5.49000% | 3.99000% |
| Principal | $160.91 | $177.93 |
| Interest | $148.16 | $107.14 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| **Total Monthly Payment** | $309.07 | $285.07 Due 04/25/2020 |

**Interest Rate:** We calculated the interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under the loan agreement, the index rate is 3.25000% and the margin is 0.74000%. The index is the WALLSTREET JOURNAL PRIME RATE and is published DAILY IN THE WALLSTREET JOURNAL.

**Rate Limits:** The rate cannot go higher than 24.00000% or less than 0.00000% over the life of the loan.

**New Interest Rate and Monthly Payment:** The table above shows the new interest rate and new monthly payment. The new payment is based on the WALLSTREET JOURNAL PRIME RATE, the margin, rounding of 0.00000%, the account balance of $32,223.84, and the remaining amortized loan term of 142 months.

Please note that if you are currently set up on our automatic withdrawal program (ACH), the monthly payment will change to match the amount provided in this notice. This change will be made as of the first scheduled automatic payment after the date this payment change is effective.

**Prepayment Penalty**: None

If you seek an alternative to the changes to the interest rate and payment, the following options may be possible (subject to lender approval):
- Refinance the loan with another lender;
- Sell your home and use the proceeds to pay off the current loan;
- Modify the loan terms with us;
- Payment forbearance, which temporarily gives you more time to pay the monthly payment.

Please contact our Customer Service Department toll-free at 800-258-8602 for more information. Representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

If you would like to speak with a HUD approved housing counselor, you may call the Homeowner's HOPE™ Hotline 888-995-HOPE (4673) or visit HUD's website at https://apps.hud.gov/offices/hsg/sfh/hcc/fc/ to find an available counseling agency. The Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
Thomas Brown,                                       :    Bankruptcy No.  19-22928-TPA
        Debtor(s)                                  :    Chapter 13
                                                    :
                                                    :
ABS REO Trust V,                                    :
        Secured Creditor,                          :
                                                    :
                                                    :
Thomas Brown,                                       :
        Debtor(s) / Respondent(s),                 :
                                                    :
                                                    :
and                                                 :
Ronda J. Winnecour,                                 :
        Trustee / Respondent.                      :
                                                    :
                                                    :

### CERTIFICATION OF SERVICE OF
### Notice of Mortgage Payment Change

      I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on April 1, 2020.  The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic notification and first-class mail.

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Service by Electronic Notification:**

Ronda J. Winnecour                          Brian C. Thompson
Suite 3250, USX Tower                        Thompson Law Group, P.C.
600 Grant Street                             125 Warrendale Bayne Road
Pittsburgh, PA 15219                         Suite 200
Email: cmecf@chapter13trusteewdpa.com        Warrendale, PA 15086

**Service by First Class Mail:**

Thomas Brown
587 Thompson Run Rd
Pittsburgh, PA 15237-3972

Dated:  April 1, 2020

By:___/s/Andrew M. Lubin
Signature

Andrew M. Lubin, Esquire
Typed Name

1 E. Stow Road, Marlton, NJ 08053
Address

(856) 482-1400
Phone No.

54297, Pennsylvania
List Bar I.D. and State of Admission
**Attorneys for Secured Creditor**
**PAWB Local Form 7 (07/13)**