**Fill in this information to identify the case:**

Debtor 1          Thomas L. Brown

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Western District of Pennsylvania
(State)

Case number    19-22928-TPA

## Official Form 410S1

# Notice of Mortgage Payment Change                    12/15

**If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**      ABS Loan Trust V

**Court claim no.** (if known):  1-1

**Last 4 digits** of any number you use to identify the debtor's account:          XXXXXX8829

**Date of payment change:**
Must be at least 21 days after date of this notice          06/25/2022

**New total payment:**          $ 294.95
Principal, interest, and escrow, if any

---

| **Part 1:** | **Escrow Account Payment Adjustment** |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:**      $_____          **New escrow payment:**  $_____

---

| **Part 2:** | **Mortgage Payment Adjustment** |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate**     4.24000     %          **New interest rate:**    4.74000     %

   **Current principal and interest payment:** $288.38          **New principal and interest payment:** $294.95

---

| **Part 3:** | **Other Payment Change** |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:**      $_____          **New mortgage payment:**  $_____

| Debtor 1 | Thomas L. Brown | Case number (*if known*) 19-22928-TPA |
|---|---|---|
| | First Name    Middle Name    Last Name | |

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐  I am the creditor.

☒  I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

_/s/ Matthew M. Pavlovich_____          Date _June 2, 2022_____
Signature

Print:    Matthew M. Pavlovich, Esq._____          Title    _Attorney for Creditor_____
          First Name          Middle Name    Last Name

Company    Pavlovich & Ruschak, P.C._____

Address    304 Ross Street, Suite 500_____
          Number          Street

          Pittsburgh_____ PA_____ 15219___
          City                State    ZIP Code

Contact phone  (412) 697-7847                    Email: mpavlovich@prpclaw.com





May 26, 2022

THOMAS L BROWN
587 THOMPSON RUN RD
PITTSBURGH, PA 15237

**Account Number:**
**Property Address:**        587 THOMPSON RUN RD
                             PITTSBURG, PA 15237

Dear Customer(s):

SPS is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

SPS is committed to providing you with the information you need to manage the account's home mortgage payments.

**CHANGES TO THE MORTGAGE INTEREST RATE AND PAYMENTS ON 06/25/2022.**

Under the terms of the account's Adjustable-Rate Mortgage, you had a 1 month period during which the interest rate and principal and interest payment remained the same.  The interest rate initially changed on 12/25/2018 and may change every 1 month(s) for the life of the mortgage.  The rate is scheduled to change again on 06/25/2022 with a corresponding payment change on 07/25/2022.

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 4.24000% | 4.74000% |
| Principal | $190.87 | $186.70 |
| Interest | $97.51 | $108.25 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| **Total Monthly Payment** | $288.38 | $294.95 Due 06/25/2022 |

**Interest Rate:** We calculated the interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin".  Under the loan agreement, the index rate is 4.00000% and the margin is 0.74000%.  The index is the WALLSTREET JOURNAL PRIME RATE and is published DAILY IN THE WALLSTREET JOURNAL.

**Rate Limits:** The rate cannot go higher than 24.00000% or less than 0.00000% over the life of the loan.

**New Interest Rate and Monthly Payment:** The table above shows the new interest rate and new monthly payment. The new payment is based on the WALLSTREET JOURNAL PRIME RATE, the margin, rounding of 0.00000%, the account balance of $27,405.23, and the remaining amortized loan term of 116 months.

Please note that if you are currently set up on our automatic withdrawal program (ACH), the monthly payment will change to match the amount provided in this notice.  This change will be made as of the first scheduled automatic payment after the date this payment change is effective.

**Prepayment Penalty**: None

If you seek an alternative to the changes to the interest rate and payment, the following options may be possible (subject to lender approval):
  -  Refinance the loan with another lender;
  -  Sell your home and use the proceeds to pay off the current loan;
  -  Modify the loan terms with us;
  -  Payment forbearance, which temporarily gives you more time to pay the monthly payment.

Please contact our Customer Service Department toll-free at 800-258-8602 for more information.  Representatives are available Monday through Friday between the hours of 8 a.m. and 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

If you would like counseling or assistance you can contact the following:  U.S. Department of Housing and Urban Development.  For a list of homeownership counselors or counseling organizations in your area, go to https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or you can call HUD at 1-800-569-4287.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Thomas L. Brown, | : | Bankruptcy No.  19-22928-TPA |
|       Debtor, | : | Chapter 13 |
| | : | |
| ABS Loan Trust V, | : | |
|       Secured Creditor, | : | |
| | : | |
| Thomas L. Brown, | : | |
|       Debtor / Respondent, | : | |
| | : | |
| and | : | |
| Ronda J. Winnecour, | : | |
|       Trustee / Respondent. | : | |

**CERTIFICATION OF SERVICE OF
NOTICE OF MORTGAGE PAYMENT CHANGE**

      I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 2, 2022.  The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic notification and first-class mail.

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Service by Electronic Notification:**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Email: cmecf@chapter13trusteewdpa.com

Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086
Email: bthompson@ThompsonAttorney.com

**Service by First Class Mail:**

Thomas L. Brown
587 Thompson Run Rd
Pittsburgh, PA 15237-3972

Dated:  June 2, 2022                              By: /s/ *Matthew M. Pavlovich*
                                                  Signature

                                                  Matthew M. Pavlovich, Esquire
                                                  Typed Name

                                                  304 Ross Street, Suite 500
                                                  Pittsburgh, PA 15219
                                                  Address

                                                  (412) 697-7847
                                                  Phone No.

                                                  74568, Pennsylvania
                                                  List Bar I.D. and State of Admission
                                                  **Attorneys for Secured Creditor**
                                                  **PAWB Local Form 7 (07/13)**