**Fill in this information to identify the case:**

Debtor 1 <u>Thomas L Brown</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the   <u>Western District Of Pennsylvania</u>

Case number <u>19-22928</u>

---

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

**If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**  DLJ Mortgage Capital, Inc.                    **Court claim no**. (if known): <u>1</u>

**Last four digits** of any number
you use to identify the debtor's   8829
account:

**Date of payment change:** <u>01/25/2023</u>
Must be at least 21 days after date of this notice

**New total payment:**    <u>$ 341.92</u>
Principal, interest, and escrow, if any

| **Part 1:** | **Escrow Account Payment Adjustment** |
| --- | --- |

1. **Will there be a change in the debtor's escrow account payment?**

   ☒  No

   ☐   Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____        New escrow payment:  **$** _____

| **Part 2:** | **Mortgage Payment Adjustment** |
| --- | --- |

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?**

   ☐  No
   ☒  Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: <u>7.74000 %</u>           New interest rate:        <u>8.24000  %</u>

   Current principal and interest payment: <u>$ 335.12</u>  New principal and interest payment:  <u>$ 341.92</u>

Debtor 1  Thomas L Brown                                     Case Number (*if known*):19-22928
         First Name        Middle Name        Last Name

---

| **Part 3:** | **Other Payment Change** |
| --- | --- |

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒  No

☐  Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan
    modification agreement.  (*Court approval may be required before the payment change can take effect.*)

    Reason for change: _____

**Current mortgage payment:** $ _____ **New mortgage payment:** $ _____

---

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address
and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of
my knowledge, information, and reasonable belief.**


    /s/ Roger Fay, Esq., ID No. 315987                          Date  01/04/2023
    Signature


**Print:**  Roger Fay, Esquire                                 Title   Attorney
           First Name        Middle Name        Last Name


Company:  Milstead & Associates,  LLC


Address   1 E. Stow Road
              Number         Street


          Marlton              NJ          08053
           City               State        Zip Code


Contact phone: (856) 482-1400                  Contact Email:  rfay@milsteadlaw.com

---



Sign up for paperless delivery
at www.spsservicing.com

Paperless

December 28, 2022

  THOMAS L BROWN
587 THOMPSON RUN RD
PITTSBURGH, PA 15237

**Account Number:**      ▮▮▮▮▮▮▮
**Property Address:**     587 THOMPSON RUN RD
PITTSBURG, PA 15237

Dear Customer(s):

SPS is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

SPS is committed to providing you with the information you need to manage the account's home mortgage payments.

**CHANGES TO THE MORTGAGE INTEREST RATE AND PAYMENTS ON 01/25/2023.**

Under the terms of the account's Adjustable-Rate Mortgage, you had a 1 month period during which the interest rate and principal and interest payment remained the same. The interest rate initially changed on 12/25/2018 and may change every 1 month(s) for the life of the mortgage. The rate is scheduled to change again on 01/25/2023 with a corresponding payment change on 02/25/2023.

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 7.74000% | 8.24000% |
| Principal | $165.22 | $162.18 |
| Interest | $169.90 | $179.74 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| **Total Monthly Payment** | $335.12 | $341.92 Due 01/25/2023 |

**Interest Rate:** We calculated the interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under the loan agreement, the index rate is 7.50000% and the margin is 0.74000%. The index is the WALLSTREET JOURNAL PRIME RATE and is published DAILY IN THE WALLSTREET JOURNAL.

**Rate Limits:** The rate cannot go higher than 24.00000% or less than 0.00000% over the life of the loan.



**New Interest Rate and Monthly Payment:** The table above shows the new interest rate and new monthly payment. The new payment is based on the WALLSTREET JOURNAL PRIME RATE, the margin, rounding of 0.00000%, the account  balance of $26,176.32, and the remaining amortized loan term of 109 months.

Please note that if you are currently set up on our automatic withdrawal program (ACH), the monthly payment will change to match the amount provided in this notice.  This change will be made as of the first scheduled automatic payment after the date this payment change is effective.

**Prepayment Penalty**: None

If you seek an alternative to the changes to the interest rate and payment, the following options may be possible (subject to lender approval):
- Refinance the loan with another lender;
- Sell your home and use the proceeds to pay off the current loan;
- Modify the loan terms with us;
- Payment forbearance, which temporarily gives you more time to pay the monthly payment.

Please contact our Customer Service Department toll-free at 800-258-8602 for more information.  Representatives are available Monday through Friday between the hours of 8 a.m. and 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

If you would like counseling or assistance you can contact the following:  U.S. Department of Housing and Urban Development.  For a list of homeownership counselors or counseling organizations in your area, go to https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or you can call HUD at 1-800-569-4287.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Thomas L Brown, | : | Bankruptcy No.  19-22928-TPA |
| Debtor, | : | Chapter 13 |
| | : | |
| DLJ Mortgage Capital, Inc., | : | |
| Secured Creditor, | : | |
| | : | |
| Thomas L Brown, | : | |
| Debtor / Respondent, | : | |
| | : | |
| and | : | |
| Ronda J. Winnecour, | : | |
| Trustee / Respondent. | : | |
| | : | |

**CERTIFICATION OF SERVICE OF**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 4, 2023.  The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic notification and first-class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Service by Electronic Notification:**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Email: cmecf@chapter13trusteewdpa.com

Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086
Email: bthompson@ThompsonAttorney.com

**Service by First Class Mail:**

Thomas L Brown
587 Thompson Run Rd
Pittsburgh, PA 15237-3972

Dated:  January 4, 2023

By: /s/ Roger Fay
Signature

Roger Fay, Esquire
Typed Name

1 E. Stow Road, Marlton, NJ 08053
Address

(856) 482-1400
Phone No.

315987, Pennsylvania
List Bar I.D. and State of Admission
rfay@milsteadlaw.com
**Attorneys for Secured Creditor**
**PAWB Local Form 7 (07/13)**