# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Thomas Brown** | | **BK NO. 19-22928 JAD** |
| | **Debtor(s)** | |
| | | **Chapter 13** |
| **DLJ Mortgage Capital, Inc.** | | |
| | **Movant** | **Related to Claim No. 7-1** |
| **vs.** | | |
| **Thomas Brown** | | |
| | **Debtor(s)** | |
| **Ronda J. Winnecour,** | | |
| | **Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 05, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Thomas Brown
587 Thompson Run Road
Pittsburgh, PA 15237-3972

<u>Attorney for Debtor(s)</u>

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: <u>April 05, 2023</u>

<u>**/s/Brian C. Nicholas Esquire**</u>
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com