# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas Brown<br>**Debtor(s)**<br><br>DLJ Mortgage Capital, Inc.<br>**Movant**<br>vs.<br><br>Thomas Brown<br>**Debtor(s)**<br><br>Ronda J. Winnecour,<br>**Trustee** | BK NO. 19-22928 JAD<br><br>Chapter 13<br><br>Related to Claim No. 7-1 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 05, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Thomas Brown
587 Thompson Run Road
Pittsburgh, PA 15237-3972

Attorney for Debtor(s)

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: May 05, 2023

/s/Brian C. Nicholas Esquire
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com